AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

UNITED STATES OF AMERICA

v.

ALFONSO MANUEL GARCIA

**APPEARANCE**

Case Number: 07 CR 851

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALFONSO MANUEL GARCIA VALVERDE

I certify that I am admitted to practice in this court.

January 10, 2008
Date

_David J. Goldstein_ (signature)

DAVID J. GOLDSTEIN
Print Name                                Bar Number

888 Grand Concourse
Address

Bronx            New York            10451
City             State               Zip Code

(718) 665-9000                        (718) 665-9147
Phone Number                          Fax Number